

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00393-CR

Ex parte Quincy Demond Blakely   §   From the 211th District Court

§   of Denton County (F17-2106-211)

§   March 8, 2018

§   Opinion by Chief Justice Sudderth

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying writ of habeas corpus. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth